FILED

2026 JUN -1 AM 9: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____ KM

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:26- Mj-03156 - DUTY |
| V. | |
| Michael Alvarez | **REPORT COMMENCING CRIMINAL** |
| USMS# _____  DEFENDANT | **ACTION** |

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6/1/26    0830    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   Title 18 USC 931(a)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1985

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified:  Duty

10. Remarks (if any): _____

11. Name:  Ashley Anderson  (please print)

12. Office Phone Number: 571-456-5582    13. Agency: FBI

14. Signature: _____    15. Date: 6/1/26

CR-64 (05/18)    **REPORT COMMENCING CRIMINAL ACTION**