**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF <br><br> v. <br><br> Michael Angel Alvarez <br><br><br> DEFENDANT. | ☑ LA ☐ RS ☐ SA    DATE FILED: 5/27/2026 <br><br> CASE NUMBER:  2:26-MJ-03156-DUTY  ☐ Under Seal <br><br> INIT. APP. DATE: 6/1/2026          TIME: 1:30 PM <br><br> CHARGING DOC: Complaint & Warrant <br><br> DEFENDANT STATUS: In Custody <br><br> ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT <br> VIOLATION: 18:931 <br><br> COURTSMART/REPORTER:  CS 6/1/26 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE  Pedro V. Castillo | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT:  Marlene Ramirez                    Jena MacCabe
            *Deputy Clerk*               *Assistant U.S. Attorney*                    *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; <u>see</u> General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☑ preliminary hearing  OR ☐ removal hearing / Rule 20.

☑ Defendant states true name ☐ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Gary Paul Burcham _____  ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☑ Panel ☐ Poss. Contribution
   Ordered (see separate order) ☑ Special appearance by: Gerald C Salseda  ☐ CJA 1-Day Provisional Appt _____

☑ Government's request for detention is:  ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED

☐ Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ _____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case:  ☐ GRANTED   ☐ DENIED

☐ Preliminary Hearing waived.    ☐ Class B Misdemeanor      ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT**      ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at ____ . in  Los Angeles

☐ Post-Indictment Arraignment set for: _____ at _____ in  Los Angeles

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED    ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED   ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____

   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____

   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____

   ☐ Warrant of removal and final commitment are ordered stayed until _____ .

☑ Case continued to (Date)  6/3/26          (Time) 11:30  ☑ AM / ☐ PM

☑ Type of Hearing: Detention          Before Judge  Pedro V. Castillo /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom          ☑ Judge's Courtroom  880

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (*if issued using Release Book*: Release <u>Order No.</u> _____ ).

☐ Other: _____

*RECEIVED:* ☑ PSA ☐ PROBATION ☑ FINANCIAL ☑ CR-10      ☑ READY      Deputy Clerk Initials MR
                                                                              : 10

M-5 (11/25)          CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE          Page 1 of 1