FILED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

2026 JUN -1 AM 9: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>MICHAEL ANGEL ALVAREZ,<br><br>aka "Diablo,"<br><br>DEFENDANT | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br><br>CASE NO.: 2:26-mj-03156-DUTY |

TO:   ANY AUTHORIZED LAW ENFORCEMENT OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **MICHAEL ANGEL ALVAREZ, aka**

**"Diablo,"** and bring him forthwith to the nearest Magistrate Judge to answer a complaint

charging him with Possession of Body Armor by Violent Felon, in violation of Title 18,

United States Code, Section 931(a).

REC: BY AUSA   Jena A. MacCabe   [Detention]

05/27/2026

Date

Hon. Patricia Donahue

Name of Magistrate Judge

*Patricia Donahue*

Signature of Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): | | |
| DATE RECEIVED<br>5/29/26<br>DATE OF ARREST<br>6/1/26 | NAME AND TITLE OF ARRESTING OFFICER<br>Ashley Anderson, FBI Special Agent | SIGNATURE OF ARRESTING OFFICER |

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**

**WARRANT FOR ARREST ON COMPLAINT**                        Page 1 of 2