FILED
CLERK, U.S. DISTRICT COURT

JUN - 3 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
Central District of California

United States of America   )
      v.       )
_Michael Angel Alvarez_  )  Case No. MJ 26-03156-Duty
_____ )
   _Defendant_     )

## WAIVER OF A PRELIMINARY HEARING

   I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

   I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date:   6/3/26        _____
                  _Defendant's signature_

                  _____
               _Signature of defendant's attorney_

I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date:_____       _____
                Signature of Interpreter

CR-110 (06/12)       Waiver of a Preliminary Hearing