**F I L E D**
CLERK, U.S. DISTRICT COURT

6/4/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KM_____ DEPUTY

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
Assistant United States Attorney
Deputy Chief, Major Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5046
     Facsimile: (213) 894-0141
     E-mail:    jena.maccabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:26-mj-03156-DUTY |
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER STAYING RELEASE OF DEFENDANT MICHAEL ANGEL ALVAREZ; DECLARATION OF JENA A. MACCABE |
| v. | |
| MICHAEL ANGEL ALVAREZ, aka "Diablo," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Jena A. MacCabe, hereby applies ex parte for an order staying the release of defendant MICHAEL ANGEL ALVAREZ, also known as "Diablo," pending resolution of the government's concurrently filed application for review of the Magistrate Judge's bail order issued on June 3, 2026.

//

//

This application is based upon the attached declaration of Jena A. MacCabe, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: June 4, 2026                    Respectfully submitted,

                                       TODD BLANCHE
                                       Acting Attorney General

                                       BILAL A. ESSAYLI
                                       First Assistant United States
                                       Attorney

                                       JENNIFER L. WAIER
                                       Chief Assistant United States
                                       Attorney & Chief, Criminal Division


                                       _____/s/_____
                                       JENA A. MACCABE
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

**DECLARATION OF JENA A. MACCABE**

I, Jena A. MacCabe, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the United States in this case.

2. Defendant MICHAEL ANGEL ALVAREZ, also known as "Diablo," ("defendant") first appeared in this matter on June 1, 2026. At defendant's request, the Honorable Pedro V. Castillo continued the detention hearing to June 3, 2026, when he ordered defendant released on an unsecured signature bond with other release conditions.

3. At the government's request, Judge Castillo stayed his order until 4:00 p.m. on June 5, 2026, to allow the government to file an application for this Court to review the bail order.

4. Concurrently herewith, the government has filed an application for this Court to review the release order. Absent a ruling from this Court by 4:00 p.m. tomorrow (June 5, 2026), defendant will be released pursuant to the current bond order. For the reasons set forth in the government's application, the current conditions set by Judge Castillo are insufficient to reasonably assure the appearance of defendant and the safety of the community, and defendant should be detained for the pendency of these proceedings.

5. A stay as requested in this application is necessary so that defendant remains in custody pending this Court's review of the government's application for review of the release order. Unless a stay is granted, defendant's release pending this Court's decision would put the public at risk and create an opportunity for defendant

to flee without necessary review of the facts of this case by the Court.

6.    On June 4, 2026, defense counsel informed me that defendant he does not oppose this application so long as the government files it before June 5, 2026, at 4:00 p.m.  The government is doing so by filing this today, which is a day before that deadline.

7.    To give this Court adequate time to consider the government's appeal, a brief stay to maintain the status quo, which has been in place since defendant's initial appearance on June 1, 2026, is warranted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 4, 2026.

/s/
JENA A. MACCABE