LODGED
CLERK, U.S. DISTRICT COURT
6/4/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: _____KM_____ DEPUTY

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
Assistant United States Attorney
Deputy Chief, Major Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5046
    Facsimile: (213) 894-0141
    E-mail:    jena.maccabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ANGEL ALVAREZ, <br> aka "Diablo," <br><br> Defendant. | No. 2:26-mj-03156-DUTY <br><br> [PROPOSED] ORDER STAYING RELEASE OF DEFENDANT MICHAEL ANGEL ALVAREZ |

The Court has considered and approved the government's unopposed ex parte application for an order staying the release of defendant MICHAEL ANGEL ALVAREZ, also known as "Diablo," which was filed on June 4, 2026.  For good cause shown, the Magistrate Judge's release order is hereby stayed until this Court has had an opportunity to

//

//

resolve the government's separate, concurrently filed application for review of said order.

IT IS SO ORDERED.

_____          _____
 DATE                                      UNITED STATES DISTRICT JUDGE

Presented by:


 _/s/_____
 JENA A. MACCABE
 Assistant United States Attorney

2