NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
JENA A. MACCABE (Cal. Bar No. 316637)
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5046



**F I L E D**
CLERK, U.S. DISTRICT COURT

6/4/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KM_____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>MICHAEL ANGEL ALVAREZ,<br> aka "Diablo,"<br><br><br>DEFENDANT. | CASE NUMBER<br><br>2:26-mj-03156-DUTY<br><br>**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☑ plaintiff ☐ defendant UNITED STATES OF AMERICA
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☑ Magistrate Judge Pedro V. Castillo _____ by order dated: June 3, 2026

☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☑ ordering release upon certain conditions, or
☑ denying detention.

☐ A hearing is being sought before Magistrate Judge _____ as there is new information to be presented that was not considered by the previous judicial officer; or

☑ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific):*
Detention

Counsel for the defendant and plaintiff United States Government consulted on June 3, 2026
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☐ AUSA ☑ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation
on June 3, 2026 (at the hearing) .

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

June 4, 2026
Date

Plaintiff United States of America
 Moving Party

APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS
OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (09/24)

Name & Address:
JENA A. MACCABE (Cal. Bar No. 316637)
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5046

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:26-mj-03156-DUTY |
| v. | |
| MICHAEL ANGEL ALVAREZ, aka "Diablo," | **NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved.  The matter is set on calendar for hearing before:

☐ District Judge _____

☐ Magistrate Judge _____

on _____ at _____ ☐ a.m. ☐ p.m.

in courtroom _____.

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☐ is not required.  Language _____
Defendant is  ☐ in custody  ☐ not in custody.

Clerk, U. S. District Court

_____        _____        _____
Date                                             Deputy Clerk                                  Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☐ PSA.