LODGED
CLERK, U.S. DISTRICT COURT

6/4/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KM_____ DEPTUTY

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
Assistant United States Attorney
Deputy Chief, Major Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5046
     Facsimile: (213) 894-0141
     E-mail:    jena.maccabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:26-mj-03156-DUTY |
|---|---|
| Plaintiff, | ORDER STAYING RELEASE OF DEFENDANT MICHAEL ANGEL ALVAREZ |
| v. | |
| MICHAEL ANGEL ALVAREZ, aka "Diablo," | |
| Defendant. | |

The Court has considered and approved the government's unopposed ex parte application for an order staying the release of defendant MICHAEL ANGEL ALVAREZ, also known as "Diablo," which was filed on June 4, 2026.  For good cause shown, the Magistrate Judge's release order is hereby stayed until this Court has had an opportunity to

//

//

resolve the government's separate, concurrently filed application for review of said order.

   IT IS SO ORDERED.

June 04, 2026
DATE

Percy Anderson
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
JENA A. MACCABE
Assistant United States Attorney

2