Name & Address:
JENA A. MACCABE (Cal. Bar No. 316637)
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5046

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:26-mj-03156-DUTY |
| v. | |
| MICHAEL ANGEL ALVAREZ, aka "Diablo," | **NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☒ is approved. The matter is set on calendar for hearing before:

☒ District Judge    Percy Anderson, United States District Judge

☐ Magistrate Judge

on    June 17, 2026    at    2:00    ☐ a.m. ☒ p.m.

in courtroom    9A    .

☐ is not approved.

☐ Other: _____

An interpreter is    ☐ required  ☒ is not required.  Language _____
Defendant is    ☒ in custody  ☐ not in custody.

Clerk, U. S. District Court

| June 12, 2026 | Kamilla Sali-Suleyman | kamilla_sali-suleyman@cacd.uscourts.gov |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☒ Probation  ☐ Interpreter's Office  ☒ PSA.